**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000303**
**05-JUL-2024**
**08:49 AM**
**Dkt. 32 ODSLJ**

NO. CAAP-24-0000303

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

M.G., Plaintiff-Appellant, v.
M.A., Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV221000013)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, we conclude that the court lacks jurisdiction over Plaintiff-Appellant M.G.'s appeal because the Family Court of the First Circuit has not entered a final, appealable decree, order, or judgment. See Hawaii Revised Statutes (**HRS**) § 571-54 (2018); Eaton v. Eaton, 7 Haw. App. 111, 118-19, 748 P.2d 801, 805 (1987). Moreover, none of the orders identified in the April 26, 2024 Amended Notice of Appeal have been authorized for interlocutory appeal under HRS § 641-1(b) (2016).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, July 5, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge